UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-22097 TPA |
| Edward S. Litvin, | : | Chapter 13 |
| Debtor. | : | Document No.: |
| Edward S. Litvin, | : | Related to Document No. 40 |
| Movant, | : | |
| vs. | : | |
| West Penn Power Co., | : | |
| Respondent. | : | |

## WITHDRAWAL OF MOTION TO AVOID JUDICIAL LIEN

Debtor, Edward S. Litvin, through his attorneys, Charles O. Zebley, Jr. and Zebley, Mehalov & White, P.C., withdraws the motion to avoid the judicial lien of West Penn Power Co. ("WPP"), that he filed in this case on May 8, 2017, (Document No. 40) because counsel inadvertently filed the motion in this closed chapter 13 case rather than Debtor's pending chapter 7 case, Case No. 17-20230. Debtor has now filed the motion to avoid at the correct docket number.

Date:  May 23, 2017

ZEBLEY MEHALOV & WHITE, P.C.
By

/s/  Charles O. Zebley, Jr.
Charles O. Zebley, Jr.
PA I.D. No. 28980
P.O. Box 2123
Uniontown, PA 15401
Telephone:  724-439-9200
Facsimile:  724-439-8435
COZ@Zeblaw.com
Attorneys for Debtor