IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 15-22097 TPA |
| | : | |
| Edward S. Litvin, | : | Chapter No. 13 |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| Edward S. Litvin, | : | Related to Document No. 42 |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| West Penn Power Co, | : | |
| | : | |
| Respondent. | : | |

CERTIFICATE OF SERVICE OF
WITHDRAWAL OF MOTION TO AVOID JUDICIAL LIEN

      I, Charles O. Zebley, Jr., Attorney for Debtor, certify that I caused to be served on the 23rd day of May 2017 a copy of the Withdrawal of the Motion to Avoid Judicial Lien upon the respondent at:

West Penn Power Co.
Attn: Charles Jones, President and CEO
130 Fairmont Avenue
Fairmont, WV 26554-1392

Lee R. Demosky, Esquire
Meyer Darragh
40 North Pennsylvania Avenue
Suite 410
Greensburg, PA 15601
Attorney for West Penn Power Co.

West Penn Power
Attn: Chief Executive Officer
130 Fairmont Avenue
Fairmont, WV 26554-1392

West Penn Power
c/o CT Corporation System
Attn: Chief Executive Officer
2704 Commerce Drive
Harrisburg, PA 17110
Registered Address for WPP

West Penn Power
Attn: Chief Executive Officer
800 Cabin Hill Drive
Greensburg, PA 15601

Method of service: First class mail, postage prepaid.
Total Number Served: 5
Date executed: May 23, 2017

ZEBLEY, MEHALOV & WHITE, P.C.


By: /s/ Charles O. Zebley, Jr.
    Charles O. Zebley, Jr.
    PA I.D. No. 28980
    Zebley Mehalov & White, P.C.
    P.O. Box 2123
    Uniontown, PA 15401
    (724) 439-9200
    COZ@Zeblaw.com
    Attorney for Debtor