UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-22097 TPA |
| Edward S. Litvin, | : | Chapter 13 |
| Debtor. | : | Document No.: |
| Edward S. Litvin, | : | Related to Document No. 40 |
| Movant, | : | |
| vs. | : | |
| West Penn Power Co., | : | |
| Respondent. | : | |

## WITHDRAWAL OF MOTION TO AVOID JUDICIAL LIEN

Debtor, Edward S. Litvin, through his attorneys, Charles O. Zebley, Jr. and Zebley, Mehalov & White, P.C., withdraws the motion to avoid the judicial lien of West Penn Power Co. ("WPP"), that he filed in this case on May 8, 2017, (Document No. 40) because counsel inadvertently filed the motion in this closed chapter 13 case rather than Debtor's pending chapter 7 case, Case No. 17-20230. Debtor has now filed the motion to avoid at the correct docket number.

The hearing previously scheduled for June 15, 2017 is **CANCELLED**.

Date: May 23, 2017

ZEBLEY MEHALOV & WHITE, P.C.
By

/s/ Charles O. Zebley, Jr.
Charles O. Zebley, Jr.
PA I.D. No. 28980
P.O. Box 2123
Uniontown, PA 15401
Telephone: 724-439-9200
Facsimile: 724-439-8435
COZ@Zeblaw.com
Attorneys for Debtor

SO ORDERED
May 24, 2017

vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 15-22097-TPA
Edward S. Litvin                                                                Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: mgut              Page 1 of 1          Date Rcvd: May 24, 2017
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2017.
db            +Edward S. Litvin,   165 Memorial Drive,   Perryopolis, PA 15473-1071

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
           agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Charles O. Zebley, Jr.    on behalf of Debtor Edward S. Litvin COZ@Zeblaw.com,  Lori@Zeblaw.com,
           Janet@Zeblaw.com
          Jeffrey S. Golembiewski    on behalf of Debtor Edward S. Litvin jgolembiewski@yahoo.com,
           denisegole@yahoo.com
          Lee R. Demosky    on behalf of Creditor    West Penn Power Company ldemosky@mdbbe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6